# Notice Recipients

District/Off: 0314–1  User: AutoDocketer  Date Created: 8/10/2022
Case: 1:22–bk–01473–HWV  Form ID: 309C  Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5489153  Dr. Walsh

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Tripwire Operations Group, LLC | 1685 Baltimore Street | Gettysburg, PA 17325 | |
| ust | United States Trustee | 228 Walnut Street, Suite 1190 | Harrisburg, PA 17101 | |
| tr | Steven M. Carr (Trustee) | Ream Carr Markey Woloshin & Hunter LLP | 119 East Market Street | York, PA 17401 |
| aty | Robert E Chernicoff | Cunningham and Chernicoff PC | 2320 North Second Street | Harrisburg, PA 17110 |
| 5489148 | American Express | PO Box 981537 | El Paso, TX 79998 | |
| 5489149 | American Fireworks Co. | 7041 Darrow Road | Hudson, OH 44236 | |
| 5489151 | BMF Capital LLC | 1820 Avenue M | Suite 125 | Brooklyn, NY 11230 |
| 5489150 | Barnard & Fifth Capital | 1573 Boradway | Hewlett, NY 11557 | |
| 5489152 | Chase Card Services | P.O. Box 15123 | Wilmington, DE 19850 | |
| 5489154 | F&M Trust | P.O. Box 6010 | Chambersburg, PA 17201 | |
| 5489155 | Farmers & Merchants Bank | 275 Clifton Blvd | Westminster, MD 21157 | |
| 5489156 | Hesco Bastion Inc. | 3450–C Buffalo Avenue | North Charleston, SC 29418 | |
| 5489157 | ITC Capital Partners, LLC | 1791 O.G. Skinner Drive | Suite A | West Point, GA 31833 |
| 5489158 | Jared S. Roach, Esquire | Reed Smith LLP | 225 Fifth Avenue | Pittsburgh, PA 15222 |
| 5489159 | Kapitus Funding | 120 W 45th Street | 4th Floor | New York, NY 10036 |
| 5489160 | Kimberly A. Bonner, Esquire | JSDC | 11 E Chocolate Avenue, Suite 300 | Hershey, PA 17033 |
| 5489161 | Kristyn Harrison, Esquire | 120 W 45th Street | 4th Floor | New York, NY 10036 |
| 5489162 | Kubota Credit Corp USA | 1000 Kubota Dr | Grapevine, TX 76051 | |
| 5489163 | LG Funding, LLC | 1218 Union Street | Brooklyn, NY 11225 | |
| 5489164 | Loan Builder/Swift Financ – WebBank | 3505 Silverside Road | Wilmington, DE 19810 | |
| 5489167 | SPG Advance LLC | 1221 McDonald Avenue | Brooklyn, NY 11230 | |
| 5489166 | Small Business Administration | EIDL | PO Box 740192 | Atlanta, GA 30374–0192 |
| 5489165 | Small Business Administration | PO Box 740192 | Atlanta, GA 30374–0192 | |
| 5489168 | The North Group | 30773 Milford Road, Suite 330 | New Hudson, MI 48165 | |
| 5489169 | Tread Corporation | 176 Eastpark Drive | Roanoke, VA 24019 | |
| 5489170 | Trone Outdoor Advertising | 1345 Abbottstown Pike | Hanover, PA 17331 | |
| 5489171 | Univar | 6000 Parkwood Place | Dublin, OH 43016 | |
| 5489172 | Xtreme Concepts | 1281 Town Center Drive | Anniston, AL 36205 | |

TOTAL: 28