# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 8/10/2022 |
| Case: 1:22–bk–01473–HWV | Form ID: tele341 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5489153   Dr. Walsh

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr        Steven M. Carr (Trustee)     stevecarr8@comcast.net
aty       Robert E Chernicoff          rec@cclawpc.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Tripwire Operations Group, LLC     1685 Baltimore Street      Gettysburg, PA 17325
5489148   American Express      PO Box 981537      El Paso, TX 79998
5489149   American Fireworks Co.      7041 Darrow Road      Hudson, OH 44236
5489151   BMF Capital LLC      1820 Avenue M      Suite 125      Brooklyn, NY 11230
5489150   Barnard & Fifth Capital      1573 Boradway      Hewlett, NY 11557
5489152   Chase Card Services      P.O. Box 15123      Wilmington, DE 19850
5489154   F&M Trust      P.O. Box 6010      Chambersburg, PA 17201
5489155   Farmers & Merchants Bank      275 Clifton Blvd      Westminster, MD 21157
5489156   Hesco Bastion Inc.      3450–C Buffalo Avenue      North Charleston, SC 29418
5489157   ITC Capital Partners, LLC      1791 O.G. Skinner Drive      Suite A      West Point, GA 31833
5489158   Jared S. Roach, Esquire      Reed Smith LLP      225 Fifth Avenue      Pittsburgh, PA 15222
5489159   Kapitus Funding      120 W 45th Street      4th Floor      New York, NY 10036
5489160   Kimberly A. Bonner, Esquire      JSDC      11 E Chocolate Avenue, Suite 300      Hershey, PA 17033
5489161   Kristyn Harrison, Esquire      120 W 45th Street      4th Floor      New York, NY 10036
5489162   Kubota Credit Corp USA      1000 Kubota Dr      Grapevine, TX 76051
5489163   LG Funding, LLC      1218 Union Street      Brooklyn, NY 11225
5489164   Loan Builder/Swift Financ – WebBank      3505 Silverside Road      Wilmington, DE 19810
5489167   SPG Advance LLC      1221 McDonald Avenue      Brooklyn, NY 11230
5489166   Small Business Administration      EIDL      PO Box 740192      Atlanta, GA 30374–0192
5489165   Small Business Administration      PO Box 740192      Atlanta, GA 30374–0192
5489168   The North Group      30773 Milford Road, Suite 330      New Hudson, MI 48165
5489169   Tread Corporation      176 Eastpark Drive      Roanoke, VA 24019
5489170   Trone Outdoor Advertising      1345 Abbottstown Pike      Hanover, PA 17331
5489171   Univar      6000 Parkwood Place      Dublin, OH 43016
5489172   Xtreme Concepts      1281 Town Center Drive      Anniston, AL 36205

TOTAL: 25