United States Bankruptcy Court
Middle District of Pennsylvania

In re:

Tripwire Operations Group, LLC

Debtor

Case No. 22-01473-HWV

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tripwire Operations Group, LLC, 1685 Baltimore Street, Gettysburg, PA 17325-7974 |
| 5489149 | + | American Fireworks Co., 7041 Darrow Road, Hudson, OH 44236-2254 |
| 5489151 | + | BMF Capital LLC, 1820 Avenue M, Suite 125, Brooklyn, NY 11230-5347 |
| 5489150 | + | Barnard & Fifth Capital, 1573 Boradway, Hewlett, NY 11557-1428 |
| 5489154 | + | F&M Trust, P.O. Box 6010, Chambersburg, PA 17201-6010 |
| 5489155 | + | Farmers & Merchants Bank, 275 Clifton Blvd, Westminster, MD 21157-4670 |
| 5489156 | + | Hesco Bastion Inc., 3450-C Buffalo Avenue, North Charleston, SC 29418-7903 |
| 5489157 | + | ITC Capital Partners, LLC, 1791 O.G. Skinner Drive, Suite A, West Point, GA 31833-1900 |
| 5489158 | + | Jared S. Roach, Esquire, Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| 5489159 | + | Kapitus Funding, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5489160 | + | Kimberly A. Bonner, Esquire, JSDC, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5489161 | + | Kristyn Harrison, Esquire, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5489162 | + | Kubota Credit Corp USA, 1000 Kubota Dr, Grapevine, TX 76051-2334 |
| 5489163 | + | LG Funding, LLC, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 5489164 | + | Loan Builder/Swift Financ - WebBank, 3505 Silverside Road, Wilmington, DE 19810-4905 |
| 5489167 | + | SPG Advance LLC, 1221 McDonald Avenue, Brooklyn, NY 11230-3322 |
| 5489168 | + | The North Group, 30773 Milford Road, Suite 330, New Hudson, MI 48165-8596 |
| 5489169 | + | Tread Corporation, 176 Eastpark Drive, Roanoke, VA 24019-8226 |
| 5489170 | + | Trone Outdoor Advertising, 1345 Abbottstown Pike, Hanover, PA 17331-8235 |
| 5489171 | + | Univar, 6000 Parkwood Place, Dublin, OH 43016-1213 |
| 5489172 | + | Xtreme Concepts, 1281 Town Center Drive, Anniston, AL 36205-4203 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rec@cclawpc.com | Aug 10 2022 18:41:00 | Robert E Chernicoff, Cunningham and Chernicoff PC, 2320 North Second Street, Harrisburg, PA 17110 |
| tr | + | EDI: BSMCARR | Aug 10 2022 22:43:00 | Steven M. Carr (Trustee), Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401-1221 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Aug 10 2022 18:41:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 5489148 | + | Email/PDF: bncnotices@becket-lee.com | Aug 10 2022 18:51:42 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5489152 | | EDI: JPMORGANCHASE | Aug 10 2022 22:43:00 | Chase Card Services, P.O. Box 15123, Wilmington, DE 19850 |
| 5489166 | | Email/Text: birminghamtops@sba.gov | Aug 10 2022 18:41:33 | Small Business Administration, EIDL, PO Box 740192, Atlanta, GA 30374-0192 |
| 5489165 | | Email/Text: birminghamtops@sba.gov | Aug 10 2022 18:41:44 | Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5489153 | | Dr. Walsh |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2022       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert E Chernicoff | on behalf of Debtor 1 Tripwire Operations Group LLC rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

Debtor **Tripwire Operations Group, LLC**
Name

EIN: 27–2105191

United States Bankruptcy Court   Middle District of Pennsylvania

Date case filed for chapter:   7   8/9/22

Case number:   1:22–bk–01473–HWV

## Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/01/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Tripwire Operations Group, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1685 Baltimore Street<br>Gettysburg, PA 17325 | |
| **4. Debtor's attorney**<br>Name and address | Robert E Chernicoff<br>Cunningham and Chernicoff PC<br>2320 North Second Street<br>Harrisburg, PA 17110 | Contact phone 717 238–6570<br><br>Email: rec@cclawpc.com |
| **5. Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email: stevecarr8@comcast.net |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 8/10/22 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 7, 2022 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**341 meeting will be held telephonically, refer to the call–in instructions.** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.