United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                Case No. 22-01473-HWV
Tripwire Operations Group, LLC                         Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                          Page 1 of 2
Date Rcvd: Aug 10, 2022                  Form ID: tele341                       Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tripwire Operations Group, LLC, 1685 Baltimore Street, Gettysburg, PA 17325-7974 |
| 5489149 | + | American Fireworks Co., 7041 Darrow Road, Hudson, OH 44236-2254 |
| 5489151 | + | BMF Capital LLC, 1820 Avenue M, Suite 125, Brooklyn, NY 11230-5347 |
| 5489150 | + | Barnard & Fifth Capital, 1573 Boradway, Hewlett, NY 11557-1428 |
| 5489154 | + | F&M Trust, P.O. Box 6010, Chambersburg, PA 17201-6010 |
| 5489155 | + | Farmers & Merchants Bank, 275 Clifton Blvd, Westminster, MD 21157-4670 |
| 5489156 | + | Hesco Bastion Inc., 3450-C Buffalo Avenue, North Charleston, SC 29418-7903 |
| 5489157 | + | ITC Capital Partners, LLC, 1791 O.G. Skinner Drive, Suite A, West Point, GA 31833-1900 |
| 5489158 | + | Jared S. Roach, Esquire, Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| 5489159 | + | Kapitus Funding, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5489160 | + | Kimberly A. Bonner, Esquire, JSDC, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5489161 | + | Kristyn Harrison, Esquire, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5489162 | + | Kubota Credit Corp USA, 1000 Kubota Dr, Grapevine, TX 76051-2334 |
| 5489163 | + | LG Funding, LLC, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 5489164 | + | Loan Builder/Swift Financ - WebBank, 3505 Silverside Road, Wilmington, DE 19810-4905 |
| 5489167 | + | SPG Advance LLC, 1221 McDonald Avenue, Brooklyn, NY 11230-3322 |
| 5489168 | + | The North Group, 30773 Milford Road, Suite 330, New Hudson, MI 48165-8596 |
| 5489169 | + | Tread Corporation, 176 Eastpark Drive, Roanoke, VA 24019-8226 |
| 5489170 | + | Trone Outdoor Advertising, 1345 Abbottstown Pike, Hanover, PA 17331-8235 |
| 5489171 | + | Univar, 6000 Parkwood Place, Dublin, OH 43016-1213 |
| 5489172 | + | Xtreme Concepts, 1281 Town Center Drive, Anniston, AL 36205-4203 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5489148 | + | Email/PDF: bncnotices@becket-lee.com | Aug 10 2022 18:51:43 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5489152 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 10 2022 18:40:42 | Chase Card Services, P.O. Box 15123, Wilmington, DE 19850 |
| 5489166 | | Email/Text: birminghamtops@sba.gov | Aug 10 2022 18:41:33 | Small Business Administration, EIDL, PO Box 740192, Atlanta, GA 30374-0192 |
| 5489165 | | Email/Text: birminghamtops@sba.gov | Aug 10 2022 18:41:24 | Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5489153 | | Dr. Walsh |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Robert E Chernicoff | on behalf of Debtor 1 Tripwire Operations Group  LLC rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Kara Gendron | 1−877−715−0840 | 9994937 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| Lisa Rynard | 1−877−810−1022 | 5894927 |
| Jill Spott | 1−888−802−9680 | 2175082 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(01/22)