IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| TRIPWIRE OPERATIONS GROUP LLC, | : |
| DEBTOR | : CASE #1:22-BK-01473-HWV |

===================================================================

| | |
|---|---|
| AMERICAN FIREWORKS CO., | : |
| MOVANT | : |
| | : |
| and | : |
| | : |
| | : |
| TRIPWIRE OPERATIONS GROUP LLC, | : |
| And | : |
| JACK N. ZAHAROPOULOS, Chapter 13 Trustee, | : |
| RESPONDENTS | : |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for American Fireworks Co., a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Kimberly A. Bonner, Esquire
JSDC Law Offices
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
(717) 298-2032

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

JSDC Law Offices

Dated: August 17, 2022    By:    /s/ Kimberly A. Bonner, Esquire
Kimberly A. Bonner, Esquire (PA ID #89705)
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
Phone: (717) 533-3280
E-mail: kab@jsdc.com;
*Attorneys for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| TRIPWIRE OPERATIONS GROUP LLC, | : |
|     DEBTOR | : CASE #1:22-BK-01473-HWV |

==========================================================================

| | |
|---|---|
| AMERICAN FIREWORKS CO., | : |
|     MOVANT | : |
| | : |
| and | : |
| | : |
| TRIPWIRE OPERATIONS GROUP LLC, | : |
| And | : |
| JACK N. ZAHAROPOULOS, Chapter 13 Trustee, | : |
|     RESPONDENTS | : |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was served on the following this 17th day of August, 2022, via ECF Notification and/or via First Class U. S. Mail, Postage Pre-paid:

    Robert E. Chernicoff, Esquire
    2320 N. 2nd Street
    Harrisburg, PA 17110

    Jack N. Zaharopoulos, Trustee
    8125 Adams Drive
    Suite A
    Hummelstown, PA 17036

    JSDC Law Offices

Dated: August 17, 2022    By:    /s/ Kimberly A. Bonner, Esquire
        Kimberly A. Bonner, Esquire (PA ID #89705)
        11 E. Chocolate Avenue, Suite 300
        Hershey, PA 17033
        Phone: (717) 298-2032
        E-mail: kab@jsdc.com;
        *Attorneys for Movant*