ntfp(05/22)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Tripwire Operations Group, LLC | Chapter 7 |
| **Debtor(s)** | Case number 1:22–bk–01473–HWV |

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#3** . **The pdf image of claim #3 has not been flattened. Please verify your image and refile the document. Failure to do so may result in a delay in processing this matter**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 13, 2022 |