# Notice Recipients

District/Off: 0314–1  User: AutoDocketer  Date Created: 9/13/2022
Case: 1:22–bk–01473–HWV  Form ID: ntfp  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5494817  Dyno Nobel, Inc.  6440 S. Millrock Drive, Ste. 150  Salt Lake City, UT 84121

TOTAL: 1