# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Tripwire Operations Group, LLC, **Debtor 1** | Chapter 7 <br> Case No. 1:22–bk–01473–HWV |

Social Security No.:

Employer's Tax I.D. No.:
27–2105191

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Steven M. Carr

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 12, 2023

**fnldec** (01/22)