# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 1/12/2023 |
| Case: 1:22–bk–01473–HWV | Form ID: fnldec | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr     Steven M. Carr     stevecarr8@comcast.net
aty     Robert E Chernicoff     rec@cclawpc.com

                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tripwire Operations Group, LLC     1685 Baltimore Street     Gettysburg, PA 17325

                                                     TOTAL: 1