In re:                                                                                  Case No. 22-01473-HWV

Tripwire Operations Group, LLC                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                   Page 1 of 2
Date Rcvd: Jan 27, 2023                   Form ID: pdf010                              Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5490199 | + | American Fireworks Co., c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300 Hershey, PA 17033-1320 |
| 5489149 | + | American Fireworks Co., 7041 Darrow Road, Hudson, OH 44236-2254 |
| 5490438 | + | BARNARD & FIFTH CAPITAL GROUP LLC, 80 Broad St, Suite 3303, New York, NY 10004-2845 |
| 5489151 | + | BMF Capital LLC, 1820 Avenue M, Suite 125, Brooklyn, NY 11230-5347 |
| 5489150 | + | Barnard & Fifth Capital, 1573 Boradway, Hewlett, NY 11557-1428 |
| 5490437 | + | Berkovitch & Bouskila, PLLC, 80 Broad St, Suite 3303, New York, NY 10004-2845 |
| 5494817 | + | Dyno Nobel, Inc., 6440 S. Millrock Drive, Ste. 150, Salt Lake City, UT 84121-5893 |
| 5489154 | + | F&M Trust, P.O. Box 6010, Chambersburg, PA 17201-6010 |
| 5489155 | + | Farmers & Merchants Bank, 275 Clifton Blvd, Westminster, MD 21157-4670 |
| 5490117 | #+ | Farmers and Merchants Bank, 15226 Hanover Pike, Upperco, MD 21155-9794 |
| 5489156 | + | Hesco Bastion Inc., 3450-C Buffalo Avenue, North Charleston, SC 29418-7903 |
| 5489157 | + | ITC Capital Partners, LLC, 1791 O.G. Skinner Drive, Suite A, West Point, GA 31833-1900 |
| 5489158 | + | Jared S. Roach, Esquire, Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| 5489159 | + | Kapitus Funding, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5489160 | + | Kimberly A. Bonner, Esquire, JSDC, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5489161 | + | Kristyn Harrison, Esquire, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5489162 | + | Kubota Credit Corp USA, 1000 Kubota Dr, Grapevine, TX 76051-2334 |
| 5489163 | + | LG Funding, LLC, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 5489164 | + | Loan Builder/Swift Financ - WebBank, 3505 Silverside Road, Wilmington, DE 19810-4905 |
| 5489167 | + | SPG Advance LLC, 1221 McDonald Avenue, Brooklyn, NY 11230-3322 |
| 5492334 | + | Swift Financial, LLC, c/o Capehart & Scatchard, PA (SIS), 8000 Midlantic Dr, Ste 300-S, Mt. Laurel, NJ 08054-1526 |
| 5489168 | + | The North Group, 30773 Milford Road, Suite 330, New Hudson, MI 48165-8596 |
| 5489169 | + | Tread Corporation, 176 Eastpark Drive, Roanoke, VA 24019-8326 |
| 5489170 | + | Trone Outdoor Advertising, 1345 Abbottstown Pike, Hanover, PA 17331-8235 |
| 5506553 | + | US Department of Labor - EBSA, 1835 Market St 21st Floor, Mailstop EBSA/21, Philadelphia, PA 19103-2968 |
| 5489171 | + | Univar, 6000 Parkwood Place, Dublin, OH 43016-1213 |
| 5489172 | + | Xtreme Concepts, 1281 Town Center Drive, Anniston, AL 36205-4203 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5489148 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 18:53:13 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5489152 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2023 18:53:15 | Chase Card Services, P.O. Box 15123, Wilmington, DE 19850 |
| 5492052 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2023 18:49:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5489166 | | Email/Text: birminghamtops@sba.gov | Jan 27 2023 18:49:12 | Small Business Administration, EIDL, PO Box 740192, Atlanta, GA 30374-0192 |
| 5489165 | | Email/Text: birminghamtops@sba.gov | Jan 27 2023 18:49:18 | Small Business Administration, PO Box 740192, |

Atlanta, GA 30374-0192

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5489153 | | Dr. Walsh |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kimberly A Bonner | on behalf of Attorney American Fireworks Co. kab@jsdc.com jnr@jsdc.com |
| Lyndsay E Rowland | on behalf of Creditor Farmers and Merchants Bank lrowland@starfieldsmith.com lyndsayerowland@yahoo.com;arosen@starfieldsmith.com |
| Robert E Chernicoff | on behalf of Debtor 1 Tripwire Operations Group LLC rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Sergio Scuteri | on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank sscuteri@capehart.com, pczerwonka@capehart.com |
| Steven M. Carr | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Tripwire Operations Group, LLC, | Chapter | 7 |
| **Debtor 1** | | |
| | Case No. | 1:22−bk−01473−HWV |

Social Security No.:

Employer's Tax I.D. No.:
      27−2105191

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 12, 2023

**fnldec** (01/22)